FORMER EMPLOYEES OF FINA OIL & CHEMICAL CO., PLAINTIFFS *v.*
U.S. SECRETARY OF LABOR, DEFENDANT

Court No. 89-07-00410

(Dated May 17, 1993)

*Paul T. Duncan, pro se* for plaintiffs.
*Stuart M. Gerson,* Assistant Attorney General, *David M. Cohen,* Director, Commercial Litigation Branch, Civil Division, U.S. Department of Justice, *(Cynthia B. Schultz),* Scott *Glabman,* U.S. Department of Labor, of counsel, for defendant.

## ORDER

GOLDBERG, *Judge:* IT IS HEREBY ORDERED THAT that portion of the court's Order in *Former Employees of Fina Oil & Chemical Co. v. United States Secretary of Labor,* No. 93-66 (CIT May 3, 1993) vacating the judgment of dismissal issued in Court No. 89-07-00410 is vacated. The judgment of dismissal in Court No. 89-07-00410 is reinstated.